**89-11.** State v. Wilson. *Clark County,* No.

2489. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., and Wright, J., dissent.